IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RYAN ANTHONY JOHNSON                                                              PLAINTIFF

CASE NO. 3:17-CV-00093-JM-BD

ARKANSAS STATE UNIVERSITY, et al.                                                 DEFENDANT

# ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' Arkansas State University Jonesboro, Charles L. Welch, Tim Hudson, Lynita Cooksey, William R. Stripling, and Professor Richard Burns's motion to dismiss (docket entry #6) is DENIED as moot and their second motion to dismiss (#17) is GRANTED.

IT IS SO ORDERED, this 6th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE