IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RYAN ANTHONY JOHNSON                                              PLAINTIFF

CASE NO. 3:17-CV-00093-JM-BD

ARKANSAS STATE UNIVERSITY, et al.                                 DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Mr. Johnson's claims under 42 U.S.C. §§ 1981, 1982, 1983, 1985, 1986, and the First and Fourteenth Amendments to the United States Constitution are hereby DISMISSED WITH PREJUDICE, and his claim for breach of contract is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 6th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE